In the Matter of the Will of Edward M. Peters, Deceased. Seamen's Church Institute of New York et al., Appellants; Susie C. Tiemann, as Executrix of Paul E. Tiemann, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the fund, upon the ground that the will as a whole indicated an intention

of the testator to vest the legacy involved as of the time of testator's death. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 946.]